RECEIVED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
03/11/26          9:37 am
LINDA McCORMACK, CLERK
By:  AllisonBell
DEPUTY CLERK

United States Bankruptcy Court

Western District of Arkansas

Fayetteville Division

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
03/11/26          11:06 am
LINDA McCORMACK, CLERK
By:  AllisonBell
DEPUTY CLERK

RE: Toynua Jones                         CASE NO: 26-70182

Debtor

## Motion To Extend Time

An Additional period of 17 days is requested to

file necessary Schedules & Documents for

Case No: 26-70182

March 10, 2026

*Toynua Jones*
Toynua Jones

1 page AB OTC

EOD: March 11, 2026